Randolf Krbechek (SBN 143120)
LAW OFFICES OF RANDOLF KRBECHEK
9477 N. Fort Washington Road, Suite 104
Fresno, California 93730
Telephone: (559) 434-4500
Facsimile: (559) 434-4554
Email: rkrbechek@msn.com

Attorneys for Plaintiff

FILED
SEP 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

*****

| | |
|---|---|
| DEBRA CAIRNS and JAIME MORITA, | Case No: 1:13-CV-01052-AWI-SAB |
| Plaintiffs | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| EUGENE GOODWIN, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, rule 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: September 18, 2013.        LAW OFFICES OF RANDOLF KRBECHEK

By: _____
Randolf Krbechek
Attorneys for Plaintiff

It is so Ordered. Dated: 9-26-13

_____
United States District Judge

---

1

Notice of Voluntary Dismissal