Case 1:13-cv-01052-AWI-SAB   Document 7   Filed 09/18/13   Page 1 of 1

Randolf Krbechek (SBN 143120)
LAW OFFICES OF RANDOLF KRBECHEK
9477 N. Fort Washington Road, Suite 104
Fresno, California 93730
Telephone: (559) 434-4500
Facsimile: (559) 434-4554
Email: rkrbechek@msn.com

Attorneys for Plaintiff

FILED
SEP 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

*****

DEBRA CAIRNS and JAIME MORITA,

    Plaintiffs

vs.

EUGENE GOODWIN,

    Defendant.

Case No: 1:13-CV-01052-AWI-SAB

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, rule 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: September 18, 2013.

LAW OFFICES OF RANDOLF KRBECHEK

By: _____
    Randolf Krbechek
    Attorneys for Plaintiff

It is so Ordered. Dated: 9-26-13

_____
United States District Judge

---

Notice of Voluntary Dismissal